July 12, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KIMBERLY MITCHELL, Appellant

NO. 14-12-00391-CV                    V.

FEDERAL BUREAU OF INVESTIGATIONS, TEXAS LOTTERY COMMISSION, JAMES BENNETT, AND NORRIS RALPH MITCHELL, Appellees

————————————————————

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on April 5, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by Kimberly Mitchell.

We further order this decision certified below for observance.